**LAZZARI & BARTON CO. v. WALGROVE** et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by the Lazzari & Barton Company against Effingham I. Walgrove and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

**LAZZARI & BARTON CO. v. WALGROVE** et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by the Lazzari & Barton Company against Effingham I. Walgrove and George R. Walgrove. G. B. Class, for appellant. U. W. Tompkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

**LEACH,** Respondent, v. **BROOKLYN HEIGHTS R. CO.,** Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Martin Leach against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

**LEAVY v. SEIDE.** (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Newman Leavy against Abraham Seide. No opinion. Judgment of the Municipal Court and order denying motion for new trial affirmed, with costs. Appeal from order disallowing plaintiff's trial fee on first trial dismissed, with $10 costs. See, also, 143 App. Div. 155, 127 N. Y. Supp. 942.

---

**LE MOYNE,** Appellant, v. **NEW YORK CENT. & H. R. R. CO.,** Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Paul Le Moyne, as administrator, against the New York Central & Hudson River Railroad Company. B. W. Davis, for appellant. R. A. Kutschbach, for respondent. No opinion. Order reversed, and motion granted, to the extent of requiring defendant to furnish the particulars called for in the fourth and fifth paragraphs of the plaintiff's demand, without costs to either party. Settle order on notice.

---

**LEONARD,** Respondent, v. **HARRIS,** Appellant. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Action by Jesse H. Leonard against Caroline Harris. No opinion. Motion granted. See, also, 131 N. Y. Supp. 909.

---

**LEVIN,** Respondent, v. **BERLIN** et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Adolph Levin against Samuel N. Berlin and another.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, unless within 10 days plaintiff stipulate to reduce the amount of the recovery by the sum of $130,

with interest from June 7, 1909, to the date of the entry of the judgment, in which case the judgment appealed from is affirmed, without costs. This reduction is made upon the ground that the order to change the sewer pipes in the cellar was made by the architect, and not by the defendants, and that as to this item there is no evidence of any waiver by defendants of the provision in the contract respecting written orders for extra work. See, also, 141 App. Div. 119, 125 N. Y. Supp. 761.

---

**LEVINE v. FOUNDATION CO.** (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Benjamin A. Levine against the Foundation Company. No opinion. Motion denied, with leave to renew as stated in order. Order filed.

---

**LEVINSON,** Appellant, v. **SEIDENSTOCK** et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Jacob Levinson against Abraham Seidenstock and others. No opinion. Motion denied, without costs, on condition that the appellant perfect his appeal, place the cause upon the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

**LICHTENHEIN** et al., Respondents, v. **JACOBSON** et al., Appellants. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Louis Lichtenhein and another against Ferdinand Jacobson and another. J. Bogert, for appellants. S. P. Friedman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

**LIFSHIN,** Respondent, v. **BARRY** et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by David Lifshin against William F. Barry and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

**LIPSCHITZ,** Respondent, v. **BERKOVITZ** et al., Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Samuel Lipschitz against Herman Berkovitz and others. M. J. O'Brien, for appellants. A. Thain, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

**LOCKRIDGE,** Appellant, v. **RAAB** et al., Respondents. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Lawrence F. Lockridge against Hypolit J. Raab and others, as executors, etc. G. H. Taylor, Jr., for appellant. R. W. Kellogg, for respondents. No opinion. Judgment (68 Misc. Rep. 230, 123 N. Y. Supp. 703) affirmed, with costs. Order filed.